**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LMMC, LLC. | |
| Plaintiff, | |
| v. | Case No. |
| CALCIUM LLC | |
| Defendant. | |

**PLAINTIFF LMMC, LLC'S NOTICE OF**
**AFFILIATES DISCLOSURE STATEMENT**

Pursuant to Federal Rules of Civil Procedure 7.1 and L.R. 3.2 of the of the United States District Court, Northern District of Illinois, counsel for Plaintiff LMMC, LLC. hereby gives notice of and discloses the following corporate interests:

1.      LMMC is a Nebraska limited liability corporation maintaining its principal place of business at 601 North 108th Court, Omaha, Nebraska.

2.      LMMC is a citizen of Nebraska for purposes of 28 U.S.C. § 1332(a)(1).  LMMC is a single member limited liability company whose sole member is an individual who resides in Nebraska.

3.      LMMC has no corporate parents or affiliates.

/ / /

Dated:  February 15, 2023          KUTAK ROCK LLP

                                   By: s/ *Michael E. Brown*
                                       Michael E. Brown, MO 49979
                                       Meredith A. Webster, IL 6305145
                                       michael.brown@kutakrock.com
                                       Meredith.webster@kutakrock.com
                                       Two Pershing Square
                                       2300 Main Street, Suite 800
                                       Kansas City, MO  64108-2432
                                       Telephone:   (816) 960-0090
                                       Facsimile:   (816) 960-0041
                                       *Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of February 2023, I electronically filed the foregoing *Notice of Affiliates Disclosure Statement* with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

                                   *s/ Michael E. Brown*
                                   Attorney for Plaintiff