**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

LMMC, LLC

                Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No.: 1:23−cv−00950
　　　　　　　　　　　　　　　　　　　　Honorable Charles P. Kocoras

Calcium LLC

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 26, 2024:

    MINUTE entry before the Honorable M. David Weisman: In light of the attorney appearances recently filed on Plaintiff's behalf [66], and [67], the motion to withdraw as attorney [56] is granted and the appearances of Attorneys Meredith A. Webster and Michael E. Brown of Kutak Rock LLP are terminated. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.