## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LMMC, LLC, | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No: 23cv950 |
| | ) | |
| v. | ) | Magistrate Judge: M. David Weisman |
| | ) | |
| Calcium LLC, | ) | |
| | ) | |
| Defendant(s), | ) | |

## ORDER

     Before the Court is LMMC's motion for additional time to respond to discovery. As noted by LMMC, and not controverted by defendant, Calcium, defendant had agreed to give LMMC until 9/27/24 to respond to discovery but refused to provide one further week extension to 10/4/24. This is the crux of the dispute. As LMMC explains, there has been a change in counsel, which LMMC asserts necessitates the one additional week of time to respond to all outstanding discovery. Calcium wholly fails to explain why one additional week of time would somehow prejudice it. Although the Court agrees with Calcium that LMMC's track record to date causes concern, the Court cannot agree that one additional week for LMMC to respond to discovery would be inequitable or somehow prejudice Calcium as Calcium offers no substantive explanation as to this point. LMMC's motion [74] is granted. Ruling set for 10/3/24 is stricken. LMMC must respond to all outstanding discovery by 10/4/24. All previous dates set by this Court remain in place. Status hearing set for 11/20/24 at 9:15 a.m. Parties may appear in person or dial in using the Court's conference call-in number. The conference call-in number is 1-855-244-8681 and the access code is 2316 422 1828##. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

Date: October 1, 2024

                                                            M. David Weisman
                                                            United States Magistrate Judge