**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LMMC, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No: 1:23-cv-00950 |
| v. | ) | |
| | ) | |
| CALCIUM, LLC | ) | Hon. Charles P. Kocoras |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| CALCIUM, LLC | ) | |
| | ) | |
| Counter-Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LMMC, LLC, | ) | |
| | ) | |
| Counter-Defendant. | ) | |

## <u>JOINT MOTION FOR DISMISSAL WITH PREJUDICE</u>

1.      Plaintiff LMMC, LLC ("LMMC"), and Defendant CALCIUM, LLC ("Calcium") (collectively, the "Parties"), by their undersigned attorneys, hereby jointly move for the dismissal of this proceeding with prejudice under Federal Rule of Civil Procedure 41(a)(2) and 41(c).

2.      On February 15, 2023 LMMC filed a Complaint for damages (the "Complaint") against Calcium and an Amended Complaint for Damages (the "Amended Complaint") on July 28, 2023.

3.      On August 12, 2023 Calcium filed an Answer and Counterclaim (the "Counterclaim") against LMMC.

4.      On December 10, 2024, the Parties finalized execution of a settlement agreement (the "Agreement"), resolved all issues that were raised by the Parties in their respective

Complaint, Amended Complaint and Counterclaim. In consideration of, and consistent with, the terms of the Agreement, the Parties jointly move the Court to dismiss all claims and counterclaims filed in this action with prejudice.

5.      A proposed order for dismissal is attached hereto.

WHEREFORE, the parties jointly move this Court for an Order dismissing all claims and counterclaims in this action, with prejudice.

Dated: December 12, 2024

/s/Adam J. Wachal_____        /s/ Christopher R. Sullivan
Adam J. Wachal                          Christopher R. Sullivan 6314101
Emily M. Coffey                         Joel Busch (*pro hac vice*)
Koley Jessen                            Kilpatrick Townsend & Stockton LLP
1125 S. 103rd St., Suite 800            175 West Jackson Blvd., Suite 950
Omaha, NE 68124                         Chicago, IL 60604
P: (531) 600-6011                       P: (312) 364-2500
michael.brown@kutakrock.com             csullivan@ktslaw.com
emily.coffey@koleyjessen.com            jbusch@ktslaw.com
*Attorneys for Plaintiff/Counter-Defendant*   *Attorney for Defendant/Counter-Plaintiff*

                                        /s/ George Georgopoulos___
                                        George Georgopoulos (6296573)
                                        707 Skokie Boulevard, Ste 600
                                        Northbrook, IL 60062
                                        312-523-3199
                                        Fax: 312-275-7664
                                        gg@dracolaw.com
                                        *Attorney for Defendant/Counter-Plaintiff*

4936-0948-1989.2

## **CERTIFICATE OF SERVICE**

The undersigned, a non-attorney, certifies pursuant to 28 U.S.C. §1746 that this joint motion was filed using the Clerk of Court's Electronic Case Filing system on December 12, 2024, which provides notification of same to all parties who have appeared electronically.

<u>s/ Amy Bockman</u>