# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LMMC, LLC | ) |
| | ) |
|       Plaintiff, | ) |
| | ) Case No: 1:23-cv-00950 |
| v. | ) |
| | ) |
| CALCIUM, LLC | ) Hon. Charles P. Kocoras |
| | ) |
|       Defendant. | ) |
| _____ | ) |
| CALCIUM, LLC | ) |
| | ) |
|       Counter-Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LMMC, LLC, | ) |
| | ) |
|       Counter-Defendant. | ) |

## ORDER GRANTING JOINT MOTION FOR DISMISSAL

This matter coming to be heard upon the joint motion of plaintiff LMMC, LLC and defendant CALCIUM, LLC to dismiss all claims and counterclaims in this case in light of the settlement reached by the parties. The Court, being duly advised, in the premises finds that the joint motion should be granted in all respects.

    IT IS HEREBY ORDERED that:

        This action and all claims and counterclaims filed in this case are dismissed, with prejudice, and with each party to bear its own costs.

Date: December 13, 2024                                 Enter:

                                                                                     _____
                                                                         UNITED STATES DISTRICT JUDGE